IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DAVID BROWN, | ) Civ. No. 07-00556 ACK-LEK |
| Plaintiff, | ) |
| vs. | ) |
| STATE OF HAWAII, ET AL., | ) |
| Defendants. | ) |

## ORDER SETTING PRETRIAL CONFERENCE AND DEADLINES

A non-jury trial in this matter is scheduled to commence **October 20, 2009**, at 9:00 a.m.  The Court amends as follows the deadlines set forth by Magistrate Judge Leslie E. Kobayashi on September 15, 2009 in her Amended Rule 16 Scheduling Order.  <u>All</u> other trial-related deadlines not amended by this Order remain in effect.

1. The jury-related deadlines set forth in Judge Kobayashi's September 15, 2009 Amended Rule 16 Scheduling Order are vacated.

2. A final pretrial conference shall be held before the trial judge on **October 15, 2009**, at 10:00 a.m.

3. Motions in limine shall be filed by **October 1, 2009**.

4. Oppositions to motions in limine shall be filed by **October 5, 2009**.

5. The parties' witness lists shall be filed by **October 1, 2009**. The lists shall indicate the identity of each witness that the party will call at trial and describe concisely the substance of the testimony to be given and the estimated time required for the testimony of the witness on direct examination.

6. By **October 1, 2009**, the parties shall premark for identification all exhibits and shall exchange or, where appropriate, make available for inspection all exhibits to be offered, other than for impeachment or rebuttal, and all demonstrative aids to be used at trial.

7. The parties shall file objections to exhibits by **October 5, 2009**.

8. By **October 1, 2009**, the parties shall serve and file statements designating excerpts from depositions (specifying the witness and page and line referred to) to be used at trial other than for impeachment or rebuttal.

9. Statements counter-designating other portions of depositions or any objections to the use of depositions shall be served and filed by **October 5, 2009**.

10. By **October 8, 2009**, each party shall serve and file a trial brief on all significant disputed issues of law, including foreseeable procedural and evidentiary issues, setting forth

briefly the party's position and the supporting arguments and authorities.

11. The parties shall serve and file proposed findings of fact and conclusions of law by **October 8, 2009**.

IT IS SO ORDERED.

Dated:  Honolulu, Hawai'i, September 23, 2009.



_____
Alan C. Kay
Sr. United States District Judge

Brown v. Hawaii, Civ. No. 07-00556 ACK-LEK:  Order Setting Pretrial Conference and Deadlines

3