Mark S. Beatty, HSBA #8070
PO Box 5465
Kaneohe, Hawaii 96744
Telephone and Fax (808) 247-1685
Email: info@tbadk.com

Attorney for Plaintiff
DAVID BROWN

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DAVID BROWN, | ) CV. NO. CV07 00556 ACK LEK |
| | ) |
| Plaintiff, | ) |
| vs. | ) PLAINTIFF'S MOTION FOR |
| | ) ATTORNEY FEES; |
| | ) CERTIFICATE OF SERVICE |
| STATE OF HAWAII; MELANIE | ) |
| CHINEN; NANCY MCMANN IN HER | ) |
| OFFICIAL CAPACITY, LAURA | ) TRIAL Date: October 20, 2009 |
| THIELEN IN HER OFFICIAL | ) |
| CAPACITY, DOES 1-25, | ) |
| | ) HEARING: _____ |
| Defendants, | ) JUDGE: _____ |
| _____ | ) |

## PLAINTIFF'S MOTION FOR ATTORNEY FEES

Plaintiff through his attorney Mark Beatty, moves the Court to grant attorney

fees and non-taxable costs of $105,465.93

This amount is for 347 hours of work at $275 per hour totaling $95,425 and

also receive $4,496 in non taxable costs to cover GE taxes.  Plaintiff also asks for

23.5 hours at $150 per hour or $3,535 and $166.10 in GE tax for Bruce Sherman who did background research for Mark Beatty.

Plaintiff reserves the right to supplement this motion with additional work or, if so needed or requested, to expand the description of what work was done. This motion is brought under FRCP Rule 7, 54 and LR 54.3. This motion is supported by Memorandum, Exhibits 1-4, and Declaration.

DATED: Kaneohe, Hawaii November 27, 2009

/s/ Mark S. Beatty, MA, THM, PHD, MBA, JD
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DAVID BROWN, | ) CV. NO. CV07 00556 ACK LEK |
| | ) |
| Plaintiff, | ) |
| vs. | ) CERTIFICATE OF SERVICE |
| | ) |
| | ) |
| STATE OF HAWAII; MELANIE | ) |
| CHINEN; NANCY MCMANN IN HER | ) |
| OFFICIAL CAPACITY, LAURA | ) |
| THIELEN IN HER OFFICIAL | ) |
| CAPACITY, DOES 1-25, | ) |
| | ) |
| Defendants, | ) |
| _____ | ) |

## CERTIFICATE OF SERVICE

Services was sent through CM/EFC to:
Nancy Albano
Nancy.Albano@hawaii.gov,atg.crld.efiling@hawaii.gov,sharon.j.Santana@hawaii.gov,Marnie.A.Goo@hawaii.gov

Dennis K. Ferm
dennis.k.ferm@hawaii.gov,karen.m.yee@hawaii.gov,ATG.CRLD.efiling@hawaii.gov,gladys.wong@hawaii.gov

**John M. Cregor , Jr**
John.M.Cregor@hawaii.gov,ATG.CRLD.efiling@hawaii.gov,Karen.Takenaka@hawaii.gov,Marnie.A.Goo@hawaii.gov

**William J. Wynhoff**
bill.j.wynhoff@hawaii.gov,edwin.a.blancaflor@hawaii.gov

DATED: Kaneohe, Hawaii November 27, 2009

/s/ Mark S. Beatty MA, THM, PHD, MBA, JD