# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 07-00556ACK-LEK |
| CASE NAME: | David Brown vs. Melanie Chinen, et al. |
| ATTYS FOR PLA: | Mark S. Beatty |
| ATTYS FOR DEFT: | William J. Wynhoff<br>John M. Cregor, Jr. |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Portable FTR |
| DATE: | 12/15/2009 | TIME: | 1:32-1:56 |

COURT ACTION:  EP: Defendant Melanie Chinen's Motion for Sanctions Pursuant to FRCP 11; Defendant Melanie Chinen's Motion for Award of Attorneys' Fees - Arguments heard.

Motion taken under Advisement.

Submitted by: Warren N. Nakamura, Courtroom Manager