IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DAVID BROWN, | ) | CIVIL NO. 07-00556 ACK-LEK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| MELANIE CHINEN, LAURA | ) | |
| THIELEN, in her Official | ) | |
| Capacity, NANCY MCMAHON, in | ) | |
| her Official Capacity, STATE | ) | |
| OF HAWAII, DOES 1-20, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**AMENDMENT TO REPORT OF SPECIAL MASTER ON
PLAINTIFF'S MOTION FOR ATTORNEY FEES AND
PLAINTIFF'S OBJECTIONS TO DEFENDANT STATE'S BILL OF COSTS**

On January 29, 2010, this Court filed its Report of

Special Master on Plaintiff's Motion for Attorney Fees and

Plaintiff's Objections to Defendant State's Bill of Costs

("Report").  This Court recommended that the district judge award

Defendants the State of Hawai'i, Melanie Chinen, Laura Thielen,

and Nancy McMahon, in their official capacities (collectively

"State Defendants") $1,320.39 in costs for the service of

summonses and subpoenas and for deposition transcripts.  The

Court also found that the State Defendants had not submitted

sufficient information about their copying costs.  The Report

gave the State Defendants leave to submit further documentation

and cautioned them that, if they failed to submit sufficient

support for the copying costs, this Court would recommend that

the district judge deny the request for copying costs with prejudice.

On February 19, 2010, the State Defendants submitted their response to this Court's request for further documentation ("Response").  The Response, like the State Defendants' original Bill of Costs, contains an invoice for $10.47 from Accucopy for burning documents received from Plaintiff's counsel on to a DVD. The Response contains an additional invoice from Accucopy stating that 3,565 standard size pages were scanned to pdf format and 13 oversized pages were scanned to pdf format.  [Exh. A to Response.]  The State Defendants represent that the only charge assessed is for the cost of the DVD.  [Response at 2.]

On February 26, 2010, Plaintiff David Brown ("Plaintiff") filed his response, stating that, although he continues to maintain that he is the prevailing party, the State Defendants' request for $10.47 in copying costs seems reasonable.

## DISCUSSION

As a prevailing party, the State Defendants are entitled to taxable costs pursuant to Federal Rule of Civil Procedure 54(d)(1).  Local Rule 54.2(f)(4) governs requests for the taxation of copying costs.  It states:

> The cost of copies necessarily obtained for use in the case is taxable provided the party seeking recovery submits an affidavit describing the documents copied, the number of pages copied, the cost per page, and the use of or intended purpose for the items copied.  As of the effective date of

2

these rules, the practice of this court is to allow taxation of copies at $.15 per page or the actual cost charged by commercial copiers, provided such charges are reasonable.  The cost of copies obtained for the use and/or convenience of the party seeking recovery and its counsel is not taxable.

The State Defendants were required to submit, *inter alia*, a description of the documents copied to the DVD and a statement of what the intended purpose of the DVD was.  Neither the Bill of Costs nor the Response provided this information.  To merely state that the State Defendants received unidentified documents from Plaintiff's counsel is not sufficient.  Further, neither the Bill of Costs nor the Response addresses whether the copies were for the use and/or convenience of the State Defendants or their counsel.  This Court therefore cannot find that the State Defendants' requested copying costs were necessarily incurred in this case.

This Court FINDS that the State Defendants' copying costs are not taxable and RECOMMENDS that the State Defendants' request for copying costs be DENIED WITH PREJUDICE.

## CONCLUSION

On the basis of the foregoing, this Court hereby AMENDS its Report of Special Master on Plaintiff's Motion for Attorney Fees and Plaintiff's Objections to Defendant State's Bill of Costs, filed January 29, 2010, as follows: the Court RECOMMENDS that the State Defendants' request for copying costs should be

DENIED WITH PREJUDICE.

IT IS SO FOUND AND RECOMMENDED.

DATED AT HONOLULU, HAWAII, March 5, 2010.



 /S/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States Magistrate Judge

DAVID BROWN V. MELANIE CHINEN, ET AL; CIVIL NO. 07-00556 ACK-LEK; AMENDMENT TO REPORT OF SPECIAL MASTER ON PLAINTIFF'S MOTION FOR ATTORNEY FEES AND PLAINTIFF'S OBJECTIONS TO DEFENDANT STATE'S BILL OF COSTS

4