IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DAVID BROWN, | CIVIL NO. 07-00556 ACK-LEK |
| Plaintiff(s), | |
| vs. | |
| MELANIE CHINEN, LAURA THIELEN, in her Official Capacity, NANCY MCMAHON, in her Official Capacity, STATE OF HAWAII, DOES 1-20 | |
| Defendant(s). | |

**ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION**

Findings and Recommendation having been filed and served on all parties on February 18, 2010, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation To Grant Defendant Melanie Chinen's Motion to Limit, Set Aside in Part, or Reconsider Bill of Costs" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: March 16, 2010, Honolulu, Hawai'i.

_____
Alan C. Kay
Sr. United States District Judge