IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DAVID BROWN, ) | CIVIL NO. 07-00556 ACK-LEK |
| ) | |
|     Plaintiff(s), ) | |
| ) | |
|  vs. ) | |
| ) | |
| MELANIE CHINEN, LAURA ) | |
| THIELEN, in her Official ) | |
| Capacity, NANCY MCMAHON, in ) | |
| her Official Capacity, STATE ) | |
| OF HAWAII, DOES 1-20, ) | |
| ) | |
|     Defendant(s). ) | |

## ORDER ADOPTING REPORTS OF SPECIAL MASTER

A Report of Special Master having been filed and served on all parties on January 29, 2010, and February 1, 2010, and the Amendment to Report of Special Master having been filed and served on all parties on March 5, 2010, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that pursuant to Title 28, United States Code, Section 636 (b)(2) and Local Rule 53.1, the "Report of Special Master on Plaintiff's Motion for Attorney Fees and Plaintiff's Objections to Defendant State's Bill of Costs" and the "Amendment to Report of Special Master on Plaintiff's Motion for Attorney Fees and Plaintiff's Objections to Defendant State's Bill of Costs" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawai'i, March 30, 2010.



_____
Alan C. Kay
Sr. United States District Judge

Brown v. Chinen, Civ. No. 07-556 ACK-LEK: Order Adopting Reports of Special Master